# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
### Office of the Clerk

*Clarkson S. Fisher U.S. Courthouse*
*402 East State Street Room 2020*
*Trenton, New Jersey 08608*



**CAMDEN OFFICE**
*Mitchell H. Cohen U.S. Courthouse*
*One John F. Gerry Plaza*
*Fourth & Cooper Streets Room 1050*
*Camden, N.J. 08101*

**NEWARK OFFICE**
*Martin Luther King Jr. Federal Bldg & U.S. Courthouse*
*50 Walnut Street, P.O. BOX 419*

May 29, 2013

Michael E. Kunz, Clerk Of Court
United States District Court
Eastern District of Pennsylvania
James A. Byrne Federal States Courthouse
601 Market Street
Philadelphia, Pennsylvania   19106-1797

Re: **UNITED STATES OF AMERICA v. CHARLES SILVANI**
Your Criminal Docket No. 09-CR-510
Our Criminal Docket No. 3:13-CR-362

Dear Clerk,

Enclosed please find a Transfer of Jurisdiction Order to the District of New Jersey from your District.  Please note that this matter has been filed in this District and assigned the above referenced docket number.  Please forward the appropriate documentation to this District at your earliest convenience.

Thank you for your anticipated cooperation in this matter.

Very truly yours,

William T. Walsh
Clerk

By:   s/Melissa M. Haneke
Deputy Clerk

cc: U.S. Probation - District of New Jersey