UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anne E. Thompson |
| v. | : | Crim. No. 13-362 |
| CHARLES SILVANI | : | |

**ORDER**

This matter having been opened to the Court on motion of defendant Charles Silvani to terminate the supervised release imposed on March 14, 2011; and the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Molly Lorber, Assistant United States Attorney, appearing) having opposed the defendant's motion; and the Court having considered the documents filed by the parties and for good cause shown,

IT IS, on this 7th day of October, 2014,

ORDERED that defendant's motion to terminate supervised release is hereby DENIED.

_____
HON. ANNE E. THOMPSON
United States District Judge

- 1 -