UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anne E. Thompson |
| v. | : | Crim. No. 13-362 (AET)-01 |
| CHARLES SILVANI | : | |

**ORDER**

This matter having been opened to the Court on motion of defendant Charles Silvani to terminate the term of supervised release imposed by the Eastern District of Pennsylvania on March 14, 2011; and the United States, by Paul J. Fishman, United States Attorney for the District of New Jersey (Molly Lorber, Assistant United States Attorney, appearing) having submitted its opposition to the defendant's motion; and the Court having considered the documents filed by the parties showing compliance by the defendant and believing that termination has been earned and for good cause shown,

IT IS, on this ___9th___ day of December, 2015,

ORDERED that defendant's motion to terminate supervised release is hereby GRANTED.

HON. ANNE E. THOMPSON
United States District Judge

- 1 -